# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BRANDON M. JEFFERSON, | Case No. 3:18-cv-00064-HDM-CLB |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| PERRY RUSSELL, et al., | |
| Respondents. | |

Upon review of the exhibits filed in this matter, it appears the parties failed to comply with the redaction requirements of LR IC 6-1(a)(1), (2), (3), and (5). (*See* ECF Nos. 17-1 at 4-9; 17-12 at 3; 18-1 at 8; 18-14 at 80; 18-15 at 12; 58 at 22, 25-27.) Compelling reasons exist to seal these documents as they contain personal-data identifiers, and the parties cannot change their filings.

LR IC 6-1(a)(1) states "[i]f an individual's Social Security number must be included, only the last four digits of that number should be used." LR IC 6-1(a)(2) states "[i]f the involvement of a minor child must be mentioned, only the initials of that child should be used." LR IC 6-1(a)(3) states "[i]f an individual's date of birth must be included, only the year should be used." LR IC 6-1(a)(5) states "[i]f a home address must be included, only the city and the state should be listed." *See also* LR IC 7-1.

IT IS THEREFORE ORDERED that within 10 days of the date of entry of this order Respondents must file redacted publicly available copies of the documents filed as ECF Nos. 17-1, 17-12, 18-1, 18-14, and 18-15, in compliance with LR IC 6-1(a)(1)-(5).

IT IS FURTHER ORDERED that within 10 days of the date of the entry of this order Petitioner must file a redacted publicly available copy of the documents filed as ECF No. 58, in compliance with LR IC 6-1(a)(1)-(5).

IT IS FURTHER ORDERED that the clerk of the court shall seal the documents filed as ECF Nos. 17-1, 17-12, 18-1, 18-14, 18-15, and 58.

DATED THIS 7th day of June, 2022.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE